# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01682-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

RONNIE LEE HOUSTON,

     Plaintiff,

v.

B.O.P.,
RICHARD SCHOTT,
O.I.P.,
SEAN R. O'NEILL,
E.O.U.S.A.,
ERIC HOLDER, and
U.S.D.O.J., et al.,

     Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Ronnie Lee Houston, is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado.  He has submitted *pro se* a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3).

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the complaint is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  \_\_  is not submitted
(2)  \_\_  is missing affidavit
(3)  \_\_  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  \_\_  is missing certificate showing current balance in prison account
(5)  \_\_  is missing required financial information
(6)  \_\_  is missing an original signature by the prisoner
(7)  X  is not on proper form (must use the court's current form revised 10/01/12 with Authorization and Certificate of Prison Official)
(8)  X  names in caption do not match names in caption of complaint, petition or habeas application
(9)  \_\_  An original and a copy have not been received by the court. Only an original has been received.
(10)  X  other:  § 1915 motion and affidavit and certified account statement only are necessary if $400.00 filing fee is not paid in full in advance.

**Complaint, Petition or Application**:
(11)  \_\_  is not submitted
(12)  \_\_  is not on proper form (must use the court's current form)
(13)  \_\_  is missing an original signature by the prisoner
(14)  \_\_  is missing page nos. \_\_\_
(15)  \_\_  uses et al. instead of listing all parties in caption
(16)  \_\_  An original and a copy have not been received by the court. Only an original has been received.
(17)  \_\_  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)  X  names in caption do not match names in text
(19)  X  other:  Not clear from caption if Plaintiff is suing seven or four defendants. Plaintiff may not use et al. in caption to include unlisted defendants and is directed to spell out agency names, if he is suing agencies, instead of using acronyms.  Clarify basis for jurisdiction, i.e., whether pursuant to *Bivens* or 5 USC § 552(a) or both (lists both in B. Jurisdiction on page 3 but only lists 5 USC § 552(a) in C. Nature of the Case.).

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

2

FURTHER ORDERED that Plaintiff shall obtain (with the assistance of his case manager or the facility's legal assistant) the Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint, along with the applicable instructions, at www.cod.uscourts.gov, and shall use those forms in curing the designated deficiencies.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this order**, the complaint and the action will be dismissed without further notice.

DATED June 26, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland_____
United States Magistrate Judge