**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01682-BNB

RONNIE LEE HOUSTON,

      Plaintiff,

v.

B.O.P.,
RICHARD SCHOTT,
O.I.P.,
SEAN R. O'NEILL,
E.O.U.S.A.,
ERIC HOLDER, and
U.S.D.O.J., et al.,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's request in the motion to compel (ECF No. 8) filed on July 5, 2013, for the proper, Court-approved forms to cure the deficiencies designated in the order to cure (ECF No. 4) of June 26, 2013, is GRANTED. The clerk of the Court will be directed to mail to Plaintiff, together with a copy of this minute order, copies of the Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. Plaintiff is directed to use these forms in curing the deficiencies designated in the June 26 cure order **within thirty (30) days from the date of this minute order**. The partial amended complaint (ECF No. 10) Plaintiff submitted on July 5, 2013, and the § 1915 motions and affidavits (ECF Nos. 6 and 7) he submitted on June 28, 2013, fail to cure the deficiencies designated in the June 26 cure order.

The motion to correct or clarify (ECF No. 9) filed on July 5, 2013, is DENIED as unnecessary. Any information concerning the partial amended complaint (ECF No. 10) in the motion to clarify should have been included in the partial amended complaint.

Lastly, Plaintiff contends he is unable to obtain a certified account statement. However, he previously submitted a certified account statement (ECF No. 3) on June 25, 2013, and was not ordered to provide another one in the June 26 cure order. Therefore, he may, but is not required, to submit another certified copy of his trust fund account statement for the six-month period immediately preceding this filing together with a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §

1915 on the proper Court form revised October 1, 2012.  If prison personnel refuse to supply Plaintiff with another certified copy of his trust fund account statement, Plaintiff must submit documentation demonstrating the refusal, and the Court will reassess at that time whether Respondents shall be directed to provide another certified copy of his trust fund account statement.

Failure to comply with any of the directives in this minute order **within thirty days from the date of this minute order** will result in the dismissal of the instant action.

Dated:  July 9, 2013